UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Angel Ruiz Guerrero*   CIVIL NO. *98-1425* (DRD)

v.

Defendant(s) *Miguel A. Muñoz, et als*

| MOTION | ORDER |
|---|---|
| Docket entry no. *34* | ☐ GRANTED. |
| Date: *Sept. 16, 1999* | ☐ DENIED. |
| Title: *Defendant's request leave to reply to plaintiff's opposition (L.R. 311.7)* | ☑ MOOT. |
| | ☐ NOTED. |
| | *See Order of September 30, 1999 (Docket No. 36)* |

RECEIVED & FILED
1999 OCT 14 AM 8:06
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Date: *October 14, 1999*

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

