# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Angel Ruiz Guerrero*  CIVIL NO. 98-1425 (DRD)

v.

Defendant(s) *Miguel A. Muñoz, et al*

| MOTION | ORDER |
|---|---|
| Docket entry no. 35 | ☐ GRANTED. |
| Date: Sept 28 / 1999 | ☐ DENIED. |
| Title: Motion | ☑ MOOT. |
|  | ☐ NOTED. |
|  | See order of September 30, 1999. (Docket No. 38) |

RECEIVED & FILED
1999 OCT 14 AM 8:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Date: October 14/1999.

*[signature]*

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**


