UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Angel Ruiz Guerrero                    CIVIL NO. 98-1425 (DRD)

v.

Defendant(s) Miguel A. Muñoz et al

| MOTION | ORDER |
|---|---|
| Docket entry no. 44 | ☒ GRANTED. |
| Date: May / 30 / 2000 | ☐ DENIED. |
| Title: | ☐ MOOT. |
| | ☐ NOTED. |

*RECEIVED AND FILED — 00 AUG 15 AM 8:54 — CLERK'S OFFICE, U.S. DISTRICT COURT, SAN JUAN, P.R.*

Plaintiff is to comply with all discovery requests within thirty (30) days. Failure to comply may result in the imposition of sanctions, including dismissal should plaintiff have any objections to disco- very requests, Plaintiff must request a Local Rule 311 conference with Defendants. If an agreement is not reached, Plaintiff should then proceed to file a motion for protective order. No extensions to be granted.

IT IS SO ORDERED.

Date: August 11, 2000

*/s/ Daniel R. Dominguez*

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE