UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



ANGEL LUIS GUERRERO,
v.
MIGUEL MUÑOZ-MUÑOZ, et al.

CASE NUMBER: 98-1425 (DRD)

## ORDER

Pending before the Court are Docket Nos. 45, 47 and 49. The Court rules as follows:

**Docket No. 45:**
Defendants, Commonwealth of Puerto Rico, Secretary of Agriculture Dr. Miguel A. Muñoz-Muñoz, and public employees Ana M. Cruz Median, Norma Martínez Ruiz and Milton Colón Cruz, filed a Motion to Withdraw Legal Representation on August 8, 2000. (Docket No. 45). Defendants' counsel states that the Department of Agriculture of the Commonwealth of Puerto Rico has decided not to renew the attorney-client agreement with current counsel. Therefore, current counsel request the Court permission to withdraw as the legal representatives of defendants. The motion is **GRANTED**.

**Docket No. 48:**
The Court **NOTES** that attorneys Francisco J. Amundaray and Juan B. Soto now represent co-defendants, Ana M. Cruz, Norma Martinez Ruiz and Milton Colon Cruz. The Clerk is to notice the new designation of counsel.

**Docket Nos. 47 & 49:**
Plaintiff, Angel Luis Guerrero, filed a Motion Pursuant to Order of August 11, 2000, on August 24, 2000. (Docket No. 47). Plaintiff informs the Court that he has answered the interrogatory filed by defendants, because there was a delay in completing the answers, the answers were furnished during the first week of July, 2000. Plaintiff requests the Court to note the above mentioned information. Therefore, Plaintiff's furnishing of answers to interrogatories is **NOTED**. In addition, in the Motion Pursuant to Order of August 11, 2000 (Docket No. 47) and Motion to Request Order (Docket No. 49), plaintiff requests the Court to issue an order compelling defendants to answer served interrogatories. The requests are **GRANTED**. Defendants are to comply with all discovery requests within **thirty (30) days**. Failure to comply may result in the imposition of sanctions enumerated in Fed.R.Civ.P. 37. Should defendants have any objections to discovery requests, defendants must request a Local Rule 311 conference with plaintiffs. If an agreement is not reached, defendants should then proceed to file a motion for protective order. No extensions will be granted.

For administrative purposes, this order disposes of Docket Nos. 45, 47, 48 and 49.
**IT IS SO ORDERED.**

Date: November 13, 2000

P:\PEACHORD ERS\98-1425.ord

DANIEL R. DOMINGUEZ
U.S. District Judge