UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Angel Ruiz Guerrero        CIVIL NO. 98-1425 (DRD)

v.

Defendant(s) Miguel A. Muñoz Muñoz, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 51 | ☑ GRANTED. |
| Date: Jan 109 / 2001 | ☐ DENIED. |
| Title: Motion to Request Sanctions Under Rule 37 | ☐ MOOT. |
| | ☐ NOTED. |
| Defendants are granted until March 16, 2001 to fully comply with plaintiff's request for answers to interrogatories served. Non compliance shall result in serious sanctions. | |

RECEIVED AND FILED
01 FEB 26 AM 9:09
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

IT IS SO ORDERED.

Date: Feb. 23, 2001

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE