UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
01 APR 24 AM 10: 01
CLERK'S OFFICE
SAN JUAN

Plaintiff(s) Angel Ruiz Guerrero

CIVIL NO. 98-1425 (DRD)

v.

Defendant(s) Miguel A. Muñoz Muñoz

| MOTION | ORDER |
|---|---|
| Docket entry nos. 53 + 55 | ☒ GRANTED. As to Docket No. 55 |
| Date: March 27, 2001 (Docket No. 53) April 10, 2001 | ☒ DENIED. As to Docket No. 53 |
| Title: Additional Motion to Further Request Sanctions Under Rule 39 and Motion Requesting Leave to Withdraw Legal Representation | ☐ MOOT. |
| | ☐ NOTED. |
| Plaintiff's request for sanctions is DENIED. Defendants have already provided supplemental answers to interrogatories. See Docket No. 54. Attorney Francisco J. Amundaray from the law firm of Pinto + Soto PSC will no longer represent co-defendants in | this case. All future notices are to be sent to: Departamento de Agricultura Avenida Fernandez Juncos Pda. 19 Santurce, P.R. 00908 Tel: (787) 721-2120  Fax: (787) 721-4580. Co-defendants are granted (30) days from receipt of this order to inform the Court of the acquisition of new legal representation. |

IT IS SO ORDERED.

Date: April 23, 2002

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE