UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) *Angel Ruiz Guerrero*    CIVIL NO. 98-1425 (DRD)

v.

Defendant(s) *Miguel A. Muñoz*
*Martz*

| MOTION | ORDER |
|---|---|
| Docket entry no. ____ | ☐ GRANTED. |
| Date: ___/___/___. | ☐ DENIED. |
| Title: _____ | ☐ MOOT. |
| _____ | ☐ NOTED. |

Co-defendants Ana M. Cruz Medina, Norma Martinez Ruiz, Milton Colon Cruz and Miguel Muñoz were granted by the Court on April 23, 2001 (30) days to announce new legal representation. However, to date, co-defendants have failed to appear with new legal counsel. The Court grants co-defendants until [continued] July 31, 2001 to appear with new legal representation. Failure to do so shall result in the Court imposing sanctions including the elimination of allegations and/or the striking of answer. Defendants are to be notified at the address shown at Docket # 56.

IT IS SO ORDERED.

Date: June 21, 2001

*[signature]*
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

s/c: Ana M. Cruz Medina, Norma Martinez Ruiz, Milton Colon Cruz, Miguel Muñoz at Depto. de Agricultura 6/22/01