UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL RUIZ-GUERRERO,
Plaintiff,

v.                                                    CASE NUMBER: 98-1425 (DRD)

MIGUEL A. MUÑOZ-MUÑOZ, et al.,
Defendants

### ORDER

BY ORDER OF THE COURT, a Settlement Conference is hereby set for **October 24, 2001 at 5:00 p.m.** The parties are appear fully prepared to discuss the possibility of settlement in this case.

**IT IS SO ORDERED.**

DATE: September _04_, 2001.                           DANIEL R. DOMINGUEZ
                                                      U.S. District Judge

P:\PeachOrders\98-1425.ORDwpd.wpd



3