UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Angel Ruiz Guerrero         CIVIL NO. 98-1425 (DRD)

v.

Defendant(s) Miguel A. Muñoz Muñoz, et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 61 | ☒ GRANTED. |
| Date: October 1, 2001 | ☐ DENIED. |
| Title: Motion to Withdraw and Request for Extention of Time | ☐ MOOT. |
| | ☐ NOTED. |
| Attorney Salvador Antonetti is to be Notified as to the granting of the Requested extension. The extension expires on November 1, 2001. Note that the extension request does not comply with the local rules. No further date is expected. | |

IT IS SO ORDERED.

Date: October 12, 2001

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE