UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL RUIZ-GUERRERO
Plaintiff,

v.                                                           CASE NUMBER: 98-1425 (DRD)

MIGUEL A. MUNOZ-MUNOZ, et al.,
Defendants.

### ORDER

In view of the fact that Plaintiff did not appear at the Settlement Conference scheduled for October 24, 2001, a **Settlement Conference will be rescheduled for November 13, 2001 at 5:30 PM**. Parties are forewarned that **NO ADDITIONAL CONTINUANCES WILL BE GRANTED**. Plaintiff is also admonished that failure to appear again will result in dismissal of his claim.

IT IS SO ORDERED.

Date: October 25, 2001.                          DANIEL R. DOMINGUEZ
                                                 U.S. District Judge

Rec'd:            EOD:

By:              #

N:\98-1425.reschedulingord.wpd


