# UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
## BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                    DATE: November 13, 2001
**CIVIL NO. 98-1425 (DRD)**
LAW CLERK: Kevin M. Acevedo-Carlson

===============================================================

**ANGEL RUIZ-GUERRERO,**                    Attorneys:
Plaintiff,                                   Benicio SANCHEZ-RIVERA

            v.

                                        Marie C. JAVIER-VILLEGAS

**MIGUEL A. MUNOZ-MUNOZ, et al.,**
Defendants.

===============================================================

An Settlement Conference was held today. It began at 6:45 PM and ended at 7:00 PM. The parties advised the Court as to the status of the case. The Court deemed proper postponing any setting of dates until a second settlement conference is held. Therefore, the Court orders a **Settlement Conference to be held on December 17, 2001, at 5:30 PM.** Parties are to come fully prepared, and **principles are to be available during the Conference.** Should settlement not materialize, the Court then shall establish the trial date.

      **IT IS SO ORDERED.**

                                       **DANIEL R. DOMINGUEZ**
                                       **U.S. DISTRICT JUDGE**

s/c: Parties to be notified