UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**   DATE: December 17, 2001
**CIVIL NO. 98-1425 (DRD)**
LAW CLERK: Helen Costas

===========================================================

| | |
|---|---|
| **ANGEL RUIZ-GUERRERO,** | Attorney: |
| Plaintiff, | Benicio Sanchez- Rivera |
| v. | |
| **MIGUEL A. MUNOZ-MUNOZ, et al.,** | Javier Villegas |
| Defendants. | Marie Ceferina |

===========================================================

A Settlement Conference was scheduled for today. However, it had to be postponed because Plaintiff's attorney Benicio Sanchez-Rivera had to leave Puerto Rico due to health problems. The Settlement Conference is rescheduled for **January 9, 2002** at **2:00 PM.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　**DANIEL R. DOMINGUEZ**
　　　　　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**

P \Helen\98-1425_SC wpd