## UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
## BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                         DATE: January 9, 2002.
**CIVIL NO. 98-1425 (DRD)**
LAW CLERK: Kevin M. Acevedo-Carlson

=================================================================

| | |
|---|---|
| **ANGEL RUIZ-GUERRERO,** | Attorneys: |
| Plaintiff, | Benicio **SANCHEZ-RIVERA** |
| v. | |
| | Francisco A. **OJEDA** |
| **MIGUEL A. MUNOZ-MUNOZ, et al.,** | |
| Defendants. | |

=================================================================

An Settlement Conference was held today. It began at 2:30 PM and ended at 2:45 PM. The parties advised the Court as to the status of the case. The Court has further been advised that Plaintiff has submitted to Defendant a settlement proposal for evaluation by Puerto Rico's Department of Justice. Plaintiff shall now wait for a response. Should settlement not materialize, parties shall come prepared to hold a **Pretrial Conference** on **January 30, 2002, at 5:00 P.M.** Thus, parties have until January 29, 2002, at 5:00 P.M., to file an informative motion indicating that settlement has been reached (with courtesy copy provided), requesting that the Pretrial Conference should be cancelled.

If parties do not reach settlement, this case will be transferred to visiting Judge Robert J. Ward, for trial, upon his return to Puerto Rico. Judge Ward will be here from February 11 through March 1, 2001. Parties shall be prepared for trial on short notice.

**IT IS SO ORDERED.**

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

s/c: Parties to be notified.

N:\98-1425 settl conf2.wpd