UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                                         DATE: January 30, 2002
**CIVIL NO. 98-1425 (DRD)**
LAW CLERK: Kevin M. Acevedo-Carlson

========================================================================

**ANGEL RUIZ,**                                    Attorney: Benicio Sanchez-Rivera
Plaintiff,
         v.
**MIGUEL MUNOZ-MUNOZ,**
Defendants.                                        Francisco Ojeda

========================================================================

A Pretrial Conference was held today. It began at 6:15 PM and ended at 6:30 PM. Parties indicated that settlement has **not** been reached. Parties provided separate copies of their pretrial reports. The Court ordered parties to prepare a joint pretrial report. Said report shall be prepared pursuant to the following guidelines: 1) parties shall eliminate witness duplicity; 2) parties shall reduce the amount of witnesses set for trial, and prevent the overlapping of their testimonies.

Thus, a continuance was granted for Tuesday, February 5, 2002, at 5:00 P.M. The joint pretrial order shall be filed then. However, should settlement materialize, parties shall file an informative motion indicating that settlement has been reached (with courtesy copy provided), requesting that the Pretrial Conference be cancelled.

If parties do not reach settlement, the Court will hold the Pretrial Conference, and then **transfer the case to visiting Judge Robert J. Ward, for trial, upon his return to Puerto Rico.** Judge Ward will be here from February 11 through March 1, 2001. **Parties shall be prepared for trial on short notice.**

IT IS ORDERED.

                                                   _____
                                                   **DANIEL R. DOMINGUEZ**
                                                   **U.S. DISTRICT JUDGE**

s/c: Parties to be notified.

N:\98-1425 pretrial2.wpd