UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**  DATE: February 6, 2002
**CIVIL NO. 98-1425 (DRD)**
LAW CLERK: Kevin M. Acevedo-Carlson

===============================================================================

| | |
|---|---|
| **ANGEL RUIZ,** | Attorney: Benicio Sanchez-Rivera |
| Plaintiff, | |
| v. | |
| **MIGUEL MUNOZ-MUNOZ,** | Salvador Antonetti-Stutts |
| Defendants. | Francisco Ojeda |
| | Raymond P. Burgos-Santiago |

===============================================================================

    A Pretrial Conference was held today. It began at 6:15 PM and ended at 6:30 PM. Parties again indicated that settlement has **not** been reached. Moreover, parties provided a joint pretrial report, which the court accepts.

    Furthermore, Defendants informed the Court that they filed with the Court's Clerk a motion for summary judgment, since no deadline for such motions had been set by the Court. The Court has examined the record and, indeed, notes that no deadline for dispositive motions exists in the record. Therefore, although the Court had previously advised the parties of its intention to transfer this case to visiting Judge Robert J. Ward, for trial, the Court will desist from doing so until the motion for summary judgment filed by the Defendants is ruled upon.

    Plaintiff shall file opposition to Defendants' motion pursuant to Local Rule 311.5, that is, within ten (10) days after service of the motion, including brief and such supporting documents as are available. Defendants are then granted leave to file a reply to the Plaintiff's opposition within seven (7) calendar days after notice of respondent's opposition. Likewise, Plaintiff is granted leave to file a surreply within seven (7) calendar days after notice of Defendants reply. However, replies and surreplies are strongly discouraged by the Court and should only be filed if absolutely necessary.

**IT IS SO ORDERED.**

                                                          **DANIEL R. DOMINGUEZ**
                                                          **U.S. DISTRICT JUDGE**

s/c: Parties to be notified.

N:\98-1425 pt3.wpd