UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL RUIZ-GUERRERO,
Plaintiff,

v.                                    CIVIL NO. 98-1425 (DRD)

MIGUEL A. MUNOZ-MUNOZ,
Defendant.

### ORDER

Pending before the Court are Docket Nos. 58, 64 and 76. The Court rules as follows:

| Docket # | Date: | Ruling | Title |
|---|---|---|---|
| 58 | 08/14/01 | DENIED/MOOT | Motion |
| | See Docket No. 59. | | |
| 64 | 11/09/01 | DENIED/MOOT | New Informative Motion |
| | See Docket No. 59. | | |
| 76 | 02/07/02 | MOOT | Motion for Leave to Submit Documents in their Original Spanish Language |
| | See Docket No. 79. | | |

Date: March 13, 2002.

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:          EOD:

By:          #82

N:\98-1425 mult ord.wpd

