UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
2002 AUG 12 PM 1:05
U.S. CLERK'S OFFICE
SAN JUAN, P.R. DISTRICT COURT

ANGEL RUIZ-GUERRERO
Plaintiff,
v.                                                          CIVIL NO. 98-1425 (DRD)

MIGUEL A. MUNOZ-MUNOZ, et al.,
Defendants.

## ORDER

A final **PRE-TRIAL CONFERENCE** shall be held in this case, on **August 20, 2002, at 4:00pm**, in Chambers. Trial shall be held at the earliest possible date, in September, 2002. **ABSOLUTELY NO EXTENSIONS SHALL BE GRANTED.** This order is to be immediately notified via telephone, fax, and mail.

IT IS SO ORDERED.

Date: August 09, 2002.

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:          EOD:

By:        #

P:\Kevins Cases\98-1425.final.pt.wpd