# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) **Angel Ruiz Guerrero**  CIVIL NO. **98-1425** (DRD)

v.

Defendant(s) **Miguel A. Muñoz Muñoz et. al.**

RECEIVED AND FILED
2002 AUG 12 AM 7:31
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

| MOTION | ORDER |
|---|---|
| Docket entry no. **87** | ☐ GRANTED. |
| Date: **July / 07 / 2002** | ☒ DENIED. |
| Title: **Motion Requesting Leave to Reply Pursuant to Local Rule 311.7** | ☐ MOOT. |
| | ☐ NOTED. |

This case is long overdue for trial. The motion for Summary judgment and the Opposition are sufficient for an adequate adjudication of the issues. Thus, pursuant to Local Rule 311.7, all motions to Reply and Surreply are DENIED.

IT IS SO ORDERED.

Date: **08 / 07 / 2002**

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**