UNITED STATES COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

**MINUTES OF PROCEEDINGS**                                DATE: August 20, 2002
**CIVIL NO. 98-1425 (DRD)**
LAW CLERK: Kevin M. Acevedo-Carlson

========================================================================

**ANGEL RUIZ,**                          Attorney: Benicio Sanchez-Rivera
Plaintiff,
      v.
**MIGUEL MUNOZ-MUNOZ,**
Defendants.                              Francisco Ojeda

========================================================================

A Pretrial Conference was held today. It began at 4:00 PM and ended at 4:30 PM. Trial shall begin on September 11, 2002, at 9:00am. Jury selection, however, shall be held on September 10, 2002, at 1:00pm. Only claims which survived summary judgment shall be brought before the jury, at trial. Plaintiff, however, is allowed to proffer evidence to the contrary, if he is capable of providing a substantive explanation for not putting forth such evidence when opposing summary judgment.

The Defendants filed a motion requesting a continuance of trial, which is **DENIED**. Docket No. 92. The Court denies any and all motions for continuance filed by Defendants or which may be filed by Defendants, for three basic reasons: 1) this case was filed on 1998, it is an overaged case, and trial is long overdue; 2) all possibilities of pleadings in this case have been exhausted; and 3) the Court allowed Defendants to file for summary judgment, on the eve of trial, and which was partly granted.

Provided trial is nearing, parties are to prepare their proposed, preliminary jury instructions, with a digital copy in 3.14 floppy disks.

Once again, parties are **STRONGLY** encouraged to discuss settlement. However, at this stage, the Court will not postpone or continue trial, even if settlement is being discussed, and agreed upon.

**IT IS SO ORDERED.**

                                        _____
                                        **DANIEL R. DOMINGUEZ**
                                        **U.S. DISTRICT JUDGE**

s/c: Parties to be notified.

P:\Kevins Cases\98-1425 pt4.wpd

n  s/c: Jury Clerk
n
s
                                                                94 m