UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL RUIZ-GUERRERO,
Plaintiff,

v.                                    CASE NUMBER: 98-1425 (DRD)

MIGUEL A. MUÑOZ-MUÑOZ, et al.,
Defendants

### ORDER

**BY ORDER OF THE COURT**, Because the court is currently on trial in case Moreno v. Municipality of San Juan CV. 99-2000 (DRD), Jury Trial previously scheduled for September 10, 2002 is hereby rescheduled for **September 17, 2001 at 9:00 a.m.**
    The Court forewarns the parties that they are on call to begin when the Court finishes the case Moreno v. Municipality of San Juan CV. 99-2000 (DRD). No continuances shall be granted.

**IT IS SO ORDERED.**

DATE: September 9, 2002.                    DANIEL R. DOMINGUEZ
                                            U.S. District Judge

s/c: Parties to be notified.
     Jury Clerk