UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ANGEL RUIZ GUERRERO, | * | CIVIL NO. 98-1425(DRD) |
| Plaintiff, | * | |
| v | * | |
| MIGUEL MUÑOZ MUÑOZ, ET AL. | * | |
| Defendants. | * | |

**JUDGMENT**

*RECEIVED AND FILED*
*2002 SEP 26 PM 4:30*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN, P.R.*

The jury having rendered a verdict in favor of the defendants, this case is DISMISSED. The Clerk of court shall close the case for statistical purposes.

**IT IS SO ORDERED.**

San Juan, P.R., this 26 day of September 2002.

*[signature]*

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE



