UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| ANGEL RUIZ GUERRERO, | * | CIVIL NO. 98-1425(DRD) |
| Plaintiff, | * | |
| v | * | |
| MIGUEL MUÑOZ MUÑOZ, ET AL. | * | |
| Defendants. | * | |

### JUDGMENT

The jury having rendered a verdict in favor of the defendants, this case is DISMISSED. The Clerk of court shall close the case for statistical purposes.

**IT IS SO ORDERED.**

San Juan, P.R., this 26 day of September 2002.

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

*RECEIVED AND FILED '02 SEP 26 PM 4:30 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*