UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL RUIZ GUERRERO : Civil No. 98-1425(DRD)
Plaintiff

v. :

MIGUEL MUÑOZ MUÑOZ, ET AL. :
Defendants

NOTICE OF APPEAL

This is to advise that undersigned PLAINTIFF hereby gives notice of his appeal from the Judgment entered on September 26, 2002 in this case. He does so *pro se*.

Angel Ruiz Guerrero
PO BOX 10056
San Juan, Puerto Rico
00908-1056

Tel: 787-707-1209

I hereby certify that a copy of this Notice of Appeal was sent by first class mail, prepaid and addressed to: Isabel M. Rodriguez Casellas, PO Box 195055, San Juan, Puerto Rico 00919-5055.