UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ANGEL RUIZ GUERRERO,
Plaintiff

v.                                                          Civ. No. 98-1425(DRD)

MIGUEL A. MUNOZ MUNOZ,
et al.,
Defendants.

## ORDER

The Court hereby **GRANTS** Counsel for Plaintiff's Motion to Withdraw as Attorney of Record (Docket No. 115).

**IT IS ORDERED.**

Date: October 25, 2002.

DANIEL R. DOMINGUEZ
U.S. District Judge

Rec'd:           EOD:

By:                    # 122

P:\Marta's cases\98-1425 square.ord with wpd